825 A.2d 1136

IN THE MATTER OF LESLIE A. SMALLWOOD, AN ATTORNEY
AT LAW (ATTORNEY NO.048881991).

June 24, 2003.

## ORDER

The Disciplinary Review Board having filed a decision with the
Court in DRB 02–401, recommending that as a matter of reciprocal discipline, **LESLIE A. SMALLWOOD** of **ELKINS PARK,
PENNSYLVANIA**, who was admitted to the bar of this State in
1991, be disbarred, respondent having consented to disbarment in
the Commonwealth of Pennsylvania for the knowing misappropriation of client funds;

And **LESLIE A. SMALLWOOD** having failed to appear on the
return date of the Order to Show Cause why she should not be
disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **LESLIE A. SMALLWOOD** be disbarred, effective immediately, and that her name be stricken from
the roll of attorneys; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing
with disbarred attorneys; and it is further

ORDERED that **LESLIE A. SMALLWOOD** be and hereby is
permanently restrained and enjoined from practicing law; and it
is further

ORDERED that all funds, if any, currently existing in any New
Jersey financial institution maintained by **LESLIE A. SMALLWOOD** pursuant to *Rule* 1:21–6 be restrained from disbursement
except on application to this Court, for good cause shown, and
shall be transferred by the financial institution to the Clerk of the

Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.